UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JONATHAN AMORUSO<br>and<br>BRIAN DEW<br>and<br>THOMAS BRINK, JR.<br>and<br>ROBERT SLINGERLAND, III<br>and<br>DANIEL DIAZ<br><br>           Plaintiffs,<br>v.<br><br>MR. SEPTIC, LLC<br>and<br>DOUGLAS EHERTS<br><br>           Defendants. | CIVIL ACTION<br><br>NO.: 17-7874 |

## ORDER

AND NOW, this __3rd__ day of __January 2020__, ~~2019~~, it is hereby **ORDERED** and **DECREED** that Plaintiffs' [unopposed] motion to compel Defendants to provide responses to their post-judgment discovery requests is hereby **GRANTED**. Defendants shall provide full and complete responses to Plaintiffs' Second Set of Interrogatories and Second Request for Production, ~~within ten (10) days of the entry of this Order.~~ [by 1/17/20] Plaintiffs shall serve a copy of this Order on Defendants and their counsel by overnight mail or email ~~either~~ by 1/7/20. Defendants should be aware that contempt of court sanctions are a likely next step if they do not comply.

BY THE COURT

_Cathy Seibel_
Hon. Cathy Seibel, U.S.D.J.

The Clerk shall terminate Doc. 59.